UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD SMITH, on behalf of himself and all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>THORNBURG MORTGAGE, INC., GARRETT THORNBURG, LARRY A. GOLDSTONE, CLARENCE G. SIMMONS and JOSEPH H. BADAL,<br><br>      Defendants. | Civil Action No.: 07 CIV 8206 (LAP)<br><br>**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 7.1** |

  Pursuant to Federal Rule of Civil Procedure, Rule 7.1, Defendant Thornburg Mortgage Inc. states that no publicly held corporation holds 10% or more of its stock.

Dated: New York, New York
    October 3, 2007

                   Respectfully submitted,

                   **HELLER EHRMAN LLP**

                   By: /s/ Jeremy Kudon

                   Jeremy Kudon (JK-8131)
                   Times Square Tower
                   7 Times Square
                   New York, New York 10036
                   Phone:  (212) 832-8300
                   Fax:  (212) 763-7600

                   Counsel for Defendants Thornburg Mortgage, Inc., Garrett Thornburg, Larry A. Goldstone, Clarence G. Simmons and Joseph H. Badal