UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD SMITH, on behalf of himself and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>THORNBURG MORTGAGE, INC., GARRETT THORNBURG, LARRY A. GOLDSTONE, CLARENCE G. SIMMONS and JOSEPH H. BADAL,<br><br>        Defendants. | Civil Action No.: 07 CIV 8206 (LAP)<br><br>ECF CASE |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned, Jeremy Kudon hereby appears on behalf of Defendants Thornburg Mortgage, Inc., Garrett Thornburg, Larry A. Goldstone, Clarence G. Simmons and Joseph H. Badal in the above-captioned action and requests that all pleadings, notices, orders, correspondence and other papers be served on the undersigned.

Dated:  New York, New York
    October 3, 2007

                   **HELLER EHRMAN LLP**

                   /s/ Jeremy Kudon
                   Jeremy Kudon (JK-8131)
                   Times Square Tower
                   7 Times Square
                   New York, New York 10036
                   Phone:  (212) 832-8300
                   Fax:  (212) 763-7600

                   Counsel for Defendants Thornburg
                   Mortgage, Inc., Garrett Thornburg,
                   Larry A. Goldstone, Clarence G.
                   Simmons and Joseph H. Badal