*PROMA,5.*

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

DONALD SMITH, on behalf of
himself and all others similarly situated,

           Plaintiffs,

v.

THORNBURG MORTGAGE, INC., GARRETT
THORNBURG, LARRY A. GOLDSTONE,
CLARENCE G. SIMMONS, and JOSEPH H.
BADAL,

           Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/11/07
```

Civil Action No.: 07 CIV 8206 (LAP)

**STIPULATION EXTENDING TIME
TO RESPOND TO CLASS ACTION
COMPLAINT**

IT IS HEREBY STIPULATED, by and between the attorneys for the undersigned parties to this action, as follows:

1. Counsel for Defendants Thornburg Mortgage, Inc., Garrett Thornburg, Larry Goldstone, Clarence Simmons, and Joseph Badal (collectively "Defendants") hereby accepts service of the Summons and Complaint ("Class Action Complaint") in this action on behalf of all Defendants;

2. The time for Defendants to answer, move or otherwise respond to the Class Action Complaint in this action is extended until forty-five (45) days after the filing of a consolidated class action complaint in this action by the court-appointed Lead Plaintiff(s) pursuant to the Private Securities Litigation Reform Act of 1995; and

3. In the event that plaintiff in this action is appointed Lead Plaintiff, the parties will confer regarding the schedule for the filing of any Consolidated Amended Complaint and the briefing of any motion to dismiss.

IT IS SO ORDERED.

BY THE COURT:

_____
UNITED STATES DISTRICT COURT JUDGE
10-11-07

Stipulated By and between:

Dated: October 5, 2007

Respectfully submitted,

HELLER EHRMAN LLP

By_____
Jeremy N. Kudon (JK 8131)
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 832-8300

*Attorneys for Defendants:*
*Thornburg Mortgage, Inc., Garrett*
*Thornburg, Larry A. Goldstone, Clarence*
*G. Simmons, and Joseph H. Badal*

Dated: October 5, 2007

SCOTT & SCOTT, LLP

By_____
David Scott (DS 8053)
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537

*Attorneys for Plaintiff:*
*Donald Smith*